| Fill in this information to identify the case: |
|---|
| Debtor 1: Valaria D Kennerly; aka Valaria Denise Kennerly |
| Debtor 2 (Spouse, if filing): |
| United States Bankruptcy Court for the: Northern District of Ohio |
| Case number: 14-17985-aih |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series F Trust

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 5 3 5 9

**Date of payment change:** Must be at least 21 days after date of this notice: 11/01/2019

**New total payment:** Principal, interest, and escrow, if any $ 1,068.49

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 507.51      New escrow payment: $ 424.05

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: ____%      New interest rate: ____%
   Current principal and interest payment: $ ____      New principal and interest payment: $ ____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____
   Current mortgage payment: $ ____      New mortgage payment: $ ____

Official Form 410S1      Notice of Mortgage Payment Change      page 1

| Debtor 1 | Valaria D Kennerly | Case number (if known) 14-17985-aih |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons
Signature

Date 09/26/2019

Print: Molly Slutsky Simons
First Name   Middle Name   Last Name

Title Attorney for Creditor

Company Sottile & Barile, Attorneys at Law

Address 394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone 513-444-4100

Email bankruptcy@sottileandbarile.com

Analysis Date:   September 24, 2019

VALARIA KENNERLY                                                         Loan:
25441 CHATWORTH DR                                    Property Address:
EUCLID OH  44117                                      25441 CHATWORTH DRIVE
                                                      EUCLID, OH  44117

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Nov 2018 to Oct 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Nov 01, 2019: |
|---|---|---|
| Principal & Interest Pmt: | 644.44 | 644.44 |
| Escrow Payment: | 507.51 | 424.05 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,151.95 | $1,068.49 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Sep 01, 2019 |
| Escrow Balance: | 318.90 |
| Anticipated Pmts to Escrow: | 1,015.02 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $1,333.92 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 2,259.25 | 412.99 |
| Nov 2018 | 430.58 | 426.92 | | | * | 2,689.83 | 839.91 |
| Dec 2018 | 430.58 | 507.51 | | | * | 3,120.41 | 1,347.42 |
| Dec 2018 | | | | 1,537.80 | * County Tax | 3,120.41 | (190.38) |
| Jan 2019 | 430.58 | 507.51 | 1,615.99 | | * County Tax | 1,935.00 | 317.13 |
| Feb 2019 | 430.58 | 507.51 | | | * | 2,365.58 | 824.64 |
| Feb 2019 | | | | 2,013.00 | * Homeowners Policy | 2,365.58 | (1,188.36) |
| Mar 2019 | 430.58 | 507.51 | 1,935.00 | | * Homeowners Policy | 861.16 | (680.85) |
| Apr 2019 | 430.58 | 507.51 | | | * | 1,291.74 | (173.34) |
| May 2019 | 430.58 | 507.51 | | | * | 1,722.32 | 334.17 |
| Jun 2019 | 430.58 | 507.51 | | | * | 2,152.90 | 841.68 |
| Jun 2019 | | | | 1,537.80 | * County Tax | 2,152.90 | (696.12) |
| Jul 2019 | 430.58 | 507.51 | 1,615.99 | | * County Tax | 967.49 | (188.61) |
| Aug 2019 | 430.58 | 507.51 | | | * | 1,398.07 | 318.90 |
| Sep 2019 | 430.58 | | | | * | 1,828.65 | 318.90 |
| Oct 2019 | 430.58 | | | | * | 2,259.23 | 318.90 |
| | | | | | Anticipated Transactions | 2,259.23 | 318.90 |
| Sep 2019 | | 507.51 | | | | | 826.41 |
| Oct 2019 | | 507.51 | | | | | 1,333.92 |
| | $5,166.96 | $6,009.53 | $5,166.98 | $5,088.60 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Page 1

Last year, we anticipated that payments from your account would be made during this period equaling 5,166.98. Under Federal law, your lowest monthly balance should not have exceeded 861.16 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

SN Servicing Corporation                    Final
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: September 24, 2019

VALARIA KENNERLY                                                                                     Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| | To Escrow | From Escrow | | Anticipated | Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 1,333.92 | 2,278.65 |
| Nov 2019 | 424.05 | | | 1,757.97 | 2,702.70 |
| Dec 2019 | 424.05 | | | 2,182.02 | 3,126.75 |
| Jan 2020 | 424.05 | 1,537.80 | County Tax | 1,068.27 | 2,013.00 |
| Feb 2020 | 424.05 | | | 1,492.32 | 2,437.05 |
| Mar 2020 | 424.05 | 2,013.00 | Homeowners Policy | (96.63) | 848.10 |
| Apr 2020 | 424.05 | | | 327.42 | 1,272.15 |
| May 2020 | 424.05 | | | 751.47 | 1,696.20 |
| Jun 2020 | 424.05 | | | 1,175.52 | 2,120.25 |
| Jul 2020 | 424.05 | 1,537.80 | County Tax | 61.77 | 1,006.50 |
| Aug 2020 | 424.05 | | | 485.82 | 1,430.55 |
| Sep 2020 | 424.05 | | | 909.87 | 1,854.60 |
| Oct 2020 | 424.05 | | | 1,333.92 | 2,278.65 |
| | $5,088.60 | $5,088.60 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 848.10. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 848.10 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 1,333.92. Your starting balance (escrow balance required) according to this analysis should be $2,278.65. This means you have a shortage of 944.73. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be 5,088.60. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 424.05 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $424.05 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| In Re: | Case No. 14-17985-aih |
| Valaria D Kennerly<br>  *aka* Valaria Denise Kennerly | Chapter 13 |
| Debtor(s). | Judge Arthur I. Harris |

## CERTIFICATE OF SERVICE

I certify that on September 26, 2019, a true and correct copy of this Notice of Mortgage Payment Change was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Matthew Alden, Debtor's Counsel
    malden@lawlh.com

    Lauren A. Helbling, Trustee
    ch13trustee@ch13cleve.com

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Valaria D Kennerly, Debtor
    25441 Chatworth Dr.
    Euclid, OH 44117-1841

                        Respectfully Submitted,

                        /s/ Molly Slutsky Simons
                        Molly Slutsky Simons (0083702)
                        Sottile & Barile, Attorneys at Law
                        394 Wards Corner Road, Suite 180
                        Loveland, OH 45140
                        Phone: 513.444.4100
                        Email: bankruptcy@sottileandbarile.com
                        Attorney for Creditor